■ LEE D., Also Known as LEE W., Appellant, v BRIAN D., Respondent. [606 NYS2d 1016] —Order unanimously affirmed without costs (see, Queal v Queal, 179 AD2d 1070). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Pa-

ternity.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.